IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 08-04003-01-CR-C-SOW |
| ) | |
| CURTIS RUSSELL ) | |
| ) | |
| Defendant. ) | |

## REPORT AND RECOMMENDATION
## CONCERNING PLEA OF GUILTY

    Defendant , Curtis Russell, by consent, appeared before the undersigned on June 16, 2008 , pursuant to Fed. R. Crim. P. 11, Local Rule 72(j)(26), and 28 U.S.C. § 636, and has entered a plea of guilty to Count 1   of  the indictment filed on January 11, 2008.  After cautioning and examining the defendant, under oath, concerning each of the subjects mentioned in Rule 11, it was determined that the guilty plea was knowledgeable and voluntary as to each count, and that the offense to which the defendant has plead guilty is supported by a factual basis for each of the essential elements of the offense.

    IT IS, THEREFORE, RECOMMENDED that the plea of guilty be accepted and that defendant   be adjudged guilty and have sentence imposed accordingly.

    Failure to file written objections to this Report and Recommendation within ten (10) days from the date of its filing will bar an aggrieved party from attacking such Report and Recommendation before the assigned United States District Judge.  28 U.S.C. § 636(b)(1)(B).

    Dated this 17th  day of June, 2008, at Jefferson City, Missouri.

                                       /s/ *William A. Knox*
                                       WILLIAM A. KNOX
                                       United States Magistrate Judge