IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| vs. | ) | No. 08-4003-01-CR-C-SOW |
| CURTIS RUSSELL, | ) ) ) | |
| Defendant. | ) | |

## ORDER

Before the Court is a Report and Recommendation Concerning Plea of Guilty (Doc. #25) prepared by Magistrate Judge William A. Knox. Defendant Curtis Russell appeared before Magistrate Judge Knox on June 16, 2008 and entered a plea of guilty to Count 1 of the indictment filed on January 11, 2008.

Magistrate Knox determined that the guilty plea was knowledgeable and voluntary and that there is a factual basis for each of the essential elements of the offense.

Accordingly, it is hereby

ORDERED that defendant Curtis Russell's plea of guilty is accepted. Defendant is adjudged guilty. It is further

ORDERED that a pre-sentence investigation report be prepared on defendant Curtis Russell.

\_\_\_/s/ Scott O. Wright_____
SCOTT O. WRIGHT
Senior United States District Judge

Dated: \_\_\_6/19/2008_____